AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

TASHANA CREWS

**FILED**
MAY 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08-319-M 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Tashana Crews
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

From on or about April 2006 until March 2007, in the District of Columbia, and elsewhere the defendant did, knowing conspire to transfer a means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of federal law, to wit, wire fraud, in violation of Title 18, United States Code, Sections 1028(a)(7) and (f).

violation of Title 18 United States Code, Section(s) § 1028 (a)(7) and (f).

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_____
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

MAY 1 4 2008           District of Columbia
Date and Location

RECEIVED WARRANT SECTION 2008 MAY 15 AM 8:54

Bail fixed at $ _____    by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 16 May 08 | Reported | |
| DATE OF ARREST | | |
| 16 May 08 | DUSM Robert C. Byo- | Robert C. By- |

1491928